■ THE PEOPLE OF THE STATE OF NEW YORK v. RONALD J. CLARK.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ In the Matter of the Probate of the Will of HILDA D. LINCOLN, Deceased. (Two Proceedings.) — Motion to dispense with printing denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

## (April 5, 1962)

■ MICHAEL H. PRENDERGAST, v. MAE GUREVICH et al.— Motion for a preference granted to the extent of placing the appeal on the April 25, 1962 calendar of this court, on condition that the appellant's points are served and filed on or before 4:00 P.M. on April 6, 1962. Respondents' points are to be served and filed on or before 4:00 P.M. on April 19, 1962. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ TALEA GODDARD, Respondent, v. JAMES J. BORDA et al., Appellants.— Order, entered on November 27, 1961, granting plaintiff summary judgment under rule 113 of the Rules of Civil Practice in action to recover damages for personal injury unanimously reversed, on the law, with $20 costs and disbursements to defendants-appellants, and the motion denied. Defendant's explanations of his conduct in seeking to avoid the stone in the road and the circumstances of his plea of guilty to negligent driving raise issues of fact which may not be disposed of summarily (*Morales* v. *Rivera*, 14 A D 2d 752; *Ortiz* v. *Knighton*, 14 A D 2d 679). Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYLVESTER MAYERS, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ IZLIA ARROYO, v. LUIS ARROYO.—Motion for leave to appeal as a poor person granted only insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for respondent and filed 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ JOHN N. ARMSTRONG et al., v. JOHN C. DOYLE et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before May 1, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. Motion to dispense with printing granted insofar as to dispense with the printing of the exhibits in the record on appeal on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Motion for consolidation and for other relief granted only insofar as to allow appellant Larry Silberberg to have the appeal taken by him and the appeal taken by appellant Milton Berman heard in one appeal book, without duplication of printing, upon condition that appellant Larry Silberberg pays a proportionate share of the cost of printing the consolidated record, and on the further condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before May 1, 1962, with notice of argument for the June 1962 Term of this court, said appeals to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.